PUBLIC SERVICE TRANSPORTATION COMPANY, PROSE-
CUTOR, v. TOWN OF WEST NEW YORK, RESPONDENT.

Decided January 31, 1927.

On *certiorari.*

Before Justices BLACK and CAMPBELL.

For the prosecutor, *Edward Ambler Armstrong* and *Frank
Bergen.*

For the respondent, *Hirschberg & Rubenstein.*

PER CURIAM.

This writ brings up for review an ordinance entitled "An
ordinance to amend an ordinance entitled 'An ordinance regu-
lating the licensing and operating of motor vehicles used for
the transportation of passengers for hire, in the town of West
New York, in the county of Hudson and State of New Jer-
sey,' adopted March 22d, 1921."

This is the same ordinance that was the subject of con-
sideration in cases 203, 204, 205, 206, 207 and 209 of the
present term and for the reasons set forth in the opinion filed
in those causes, the ordinance under review is set aside, with
costs.